FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 10 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIMBERLY L. HARRIS, MALIA
COLEMAN, BETTY CURRY,
ELSIE STATHAM, DEANA BAKIR
and TAMMALEE WILSON,                    Civil Action No.
on behalf of themselves and             1:13-CV-00364-ODE
all those similarly situated
who consent to representation,

       Plaintiffs,

v.

CLARK AND WASHINGTON
P.C. and/or CLARK AND
WASHINGTON LLC,

       Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter is before the Court on the patties' joint request to approve the settlement they have reached in this case and to dismiss the action with prejudice upon the final payment of all settlement proceeds by Defendant to Plaintiffs, including Opt-In Plaintiffs. The parties report that they have reached a negotiated compromise of Plaintiffs' claims. The parties have provided the Court with a copy of the settlement agreement for review, and the settlement

agreement contains all material terms of the parties' negotiated compromise, including how the settlement proceeds will be allocated amongst and between the Plaintiffs and their counsel. Having reviewed the pleadings, considered the terms of the proposed settlement, and for good cause shown, the Court finds the terms of the settlement to be fair and reasonable, and the settlement is hereby APPROVED.

It is further ordered that this case shall be ADMINISTRATIVELY CLOSED pending the payment of the full amount of the settlement proceeds by Defendants to Plaintiff which shall take place on or before December 15, 2015. The Clerk is DIRECTED that this civil action is to be DISMISSED WITH PREJUDICE on December 18, 2015, unless the Court is notified by either party prior to that time that there has been a delay in meeting the terms of the settlement agreement. Except as stated in the settlement agreement, each party shall bear its own costs of litigation, including attorneys' fees.

SO ORDERED this 9 day of March, 2015.

THE HONORABLE ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE
U.S. District Court - Northern District of Georgia